

SLIP OPINION

Cite as 2014 Ark. 496

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE CHILD SUPPORT COMMITTEE | **Opinion Delivered** November 20, 2014 |

## PER CURIAM

Circuit Judge Mackie Pierce of Little Rock and Circuit Judge Craig Hannah of Searcy are reappointed to the Supreme Court Child Support Committee for four-year terms to expire on November 30, 2018. The court thanks them for their continued service.